**Order entered April 18, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-22-00163-CV

**SALLY TYE F/K/A SALLY S. SHUFFIELD, INDIVIDUALLY AND AS CO-TRUSTEE OF THE SHUFFIELD LIVING TRUST, Appellant**

**V.**

**RODNEY M. SHUFFIELD, INDIVIDUALLY AND AS CO-TRUSTEE OF THE SHUFFIELD LIVING TRUST, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02071-2020**

**ORDER**

Before the Court is appellant's April 14, 2022 motion to extend briefing deadline. We **GRANT** the motion to the extent we **SUSPEND** the briefing deadline pending determination of appellee's motion to determine jurisdiction. The Court will set a new deadline for appellant's brief should it determine it has jurisdiction over the appeal.

/s/     KEN MOLBERG
        JUSTICE